NUMBER 13-03-562-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ANDY’S MARINE, INC.,                                                    Appellant,

v.

MORSE CONTROLS LIMITED (U.K.), ET AL.,                        Appellees.
__________________________________________________________________

On appeal from the 370th District Court 
 of Hidalgo County, Texas
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, ANDY’S MARINE, INC., attempted to perfect an appeal from a
judgment entered by the 370th District Court of Hidalgo County, Texas. On
September 4, 2003, the trial court granted appellant’s motion for new trial.
         The Court, having examined and fully considered the documents on file and the
trial court’s order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. Appellees’ motion for leave to file brief addressing
jurisdictional issues is dismissed as moot. Appellant’s motion to dismiss the appeal
and the appeal are hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM

Opinion delivered and filed this
the 20th day of May, 2004.